IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN OLIVIA HART, *et al.*, | No. 4:21-CV-00859 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY *d/b/a Geico*, | |
| Defendant. | |

## ORDER

**FEBRUARY 10, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Hart's motion to conditionally certify the class (Doc. 16) is **GRANTED**;

2. GEICO shall produce the names, last known addresses, and work and personal e-mail addresses for each individual who worked for GEICO as an Automobile and/or Residential Adjuster and/or Catastrophic Adjuster I and/or II and/or III in the Commonwealth of Pennsylvania during the period of May 2018 through today's date;

3. GEICO shall provide this information in an electronic form that may be used by Plaintiff for mailing and/or e-mailing the Court-approved

Notice. This information must be produced to Plaintiff's counsel on or before Friday, February 25, 2022;

4. The Court authorizes the Notice included with Plaintiff's Motion (as modified by the Court in accordance with the accompanying Memorandum Opinion) to be immediately issued to those individuals whose names are provided as required by this Order. The Notice shall be mailed by first class mail and/or e-mail at Plaintiff's cost, and shall be mailed to those individuals on or before Monday, March 28, 2022;

5. The Court authorizes that the Consent to Join Lawsuit Forms included with Plaintiff's Motion (as modified by the Court in accordance with the accompanying Memorandum Opinion) shall be enclosed with the Notice to Potential Plaintiffs, along with a self-addressed, stamped envelope. Plaintiff is also permitted, within the opt-in period, to send subsequent mailings and/or e-mailings of this Notice at her own expense; and

6. The potential class members must opt into this action on or before Friday, May 27, 2022. Class member eligibility is limited to a period of three years from that date.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge