IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN OLIVIA HART, *et al.*, | No. 4:21-CV-00859 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY *d/b/a Geico*, | |
| Defendant. | |

## ORDER

### JUNE 29, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Hart's motion for equitable tolling (Doc. 36) is **GRANTED**; and

2. The limitations period is hereby **TOLLED** from August 24, 2021, until May 27, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge