IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN OLIVIA HART, *et al.*, | No. 4:21-CV-00859 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY *d/b/a Geico*, | |
| Defendant. | |

## ORDER

**APRIL 20, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion to extend the time for filing a motion for class certification (Doc. 104) is **GRANTED**.

2. Plaintiffs' motion for class certification (Doc. 95) shall be considered timely filed.

3. As per the Court's March 17, 2023 Order (Doc. 101), GEICO's opposition to Plaintiffs' motion for class certification shall be filed on or before May 22, 2023. Plaintiff may file a reply on or before June 21, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge